IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEXAS INTERNATIONAL, LTD., | § | |
| | § | Civil Action No. |
| Plaintiff, | § | |
| | § | |
| vs. | § | 4:11-CV-90 |
| | § | |
| LIFETIME BRANDS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On joint motion [de #28] of Plaintiff Dexas International, Ltd., and Defendants Dollar Tree Stores, Inc. and Greenbrier International, Inc., the claims of Plaintiff Dexas International, Ltd. are hereby DISMISSED with prejudice, and the counterclaims of Defendants Dollar Tree Stores, Inc. and Greenbrier International, Inc. are hereby DISMISSED without prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. All costs shall be taxed to the party that incurred them.

**SIGNED this the 8th day of November, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE